| | | |
|---|---|---|
| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS | |

INVOICE NO: 20060063

MAKE CHECKS PAYABLE TO:

KURT B. ARNOLD
Arnold & Itkin, LLP
700 Louisiana Street
Suite 4700
Houston, TX 77002

Phone: (713) 654-0063
FAX: (713) 658-0674

karnold@arnolditkin.com

Jeanette Byers, RPR, CSR
Official Court Reporter
P.O. Box 2300
Galveston, TX 77553

Phone: (409) 766-3559

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 07-06-2006
DATE DELIVERED: 07-13-2006

Case Style: G-05-425, O'Neill v SeaRiver
trial transcript

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 358 | 0.83 | 297.14 | | | | 297.14 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                                   MISC. CHARGES:

TOTAL: 297.14

PAID
CK 4223
7.17.06
$297.14

LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:

Date Paid:          Amt:          TOTAL DUE: $297.14

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Jeanette Byers          DATE: 7-12-06

(All previous editions of this form are cancelled and should be destroyed)