United States Court of Appeals
Fifth Circuit

**FILED**

# UNITED STATES COURT OF APPEALS August 30, 2007

## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

---

No. 07-40029
Summary Calendar

---

D.C. Docket No. 3:05-CV-425

United States Courts
Southern District of Texas
FILED

NOV 14 2007

Michael N. Milby, Clerk of Court

DOUGLAS O'NEILL

    Plaintiff - Appellee

v.

SEARIVER MARITIME INC

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Galveston.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: NOV 0 2 2007

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana

NOV 0 2 2007